**Opinion issued April 7, 2016**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-16-00154-CV

———————————

## IN RE PROPHET RONALD DWAYNE WHITFIELD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Prophet Ronald Dwayne Whitfield, has filed a petition for writ of mandamus, seeking to compel the respondent trial judge to vacate an order granting a motion to compel arbitration.[1]

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8(a). We dismiss all pending motions as moot.

---

[1]     The underlying case is *Prophet Ronald Dwayne Whitfield v. Honda The Owner of the Name Worldwide*, cause number 2015-19565, pending in the 295th District Court of Harris County, Texas, the Honorable Caroline E. Baker, presiding.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.